Cooper, White & Cooper LLP
Christopher J. Mead (SBN 115091)
   cmead@cwclaw.com
Edward L. Seidel (SBN 200865)
   eseidel@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:   (415) 433-1900
Facsimile:    (415) 433-5530

Jaffe, Raitt, Heuer & Weiss, P.C.
Patrice S. Arend (MI 56962) *Pro Hac Vice*
   parend@jaffelaw.com
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
Telephone:   (248) 351-3000
Facsimile:    (248) 351-3082

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Thomas Rack,** | Case No. C 11-04092 CRB |
| Plaintiff, | Stipulated Order of Dismissal |
| v. | |
| **Critical Signal Technologies, Inc.** and **Does 1-10,** | |
| Defendant. | |

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court on the stipulation of Plaintiff Thomas Rack and Defendant Critical Signal Technologies, Inc. ("CST"), as evidenced by the signature of their respective counsel below, and this Court being otherwise fully advised in this matter,

It is hereby ordered that Plaintiff's Complaint and all of his claims against CST filed or could have been filed in this lawsuit are dismissed with prejudice and without costs and attorneys' fees to any party.

1730214



Page 9 of 8

SO ORDERED this <u>13th</u> day of <s>November</s> December 2011.

_____
Hon. Charles R. B[reyer]

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*United States District Court, Northern District of California*

So Stipulated:

November 29, 2011           Law Offices of Claudia W. Brisson, Attorney for
                            Plaintiff Thomas Rack

                            _____
                            Claudia W. Brisson


November ___, 2011          Cooper, White & Cooper, Attorney for Defendant
                            And Jaffe, Raitt, Heuer & Weiss, P.C., for
                            Defendant, pro hac vice

                            _____
                            Chris Mead

1730214