Cooper, White & Cooper LLP
Christopher J. Mead (SBN 115091)
   cmead@cwclaw.com
Edward L. Seidel (SBN 200865)
   eseidel@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:  (415) 433-1900
Facsimile:  (415) 433-5530

Jaffe, Raitt, Heuer & Weiss, P.C.
Patrice S. Arend (MI 56962) *Pro Hac Vice*
   parend@jaffelaw.com
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
Telephone:  (248) 351-3000
Facsimile:  (248) 351-3082

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Thomas Rack,** | Case No. C 11-04092 CRB |
| Plaintiff, | Stipulated Order of Dismissal |
| v. | |
| **Critical Signal Technologies, Inc.** and **Does 1-10,** | |
| Defendant. | |

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court on the stipulation of Plaintiff Thomas Rack and Defendant Critical Signal Technologies, Inc. ("CST"), as evidenced by the signature of their respective counsel below, and this Court being otherwise fully advised in this matter,

It is hereby ordered that Plaintiff's Complaint and all of his claims against CST filed or could have been filed in this lawsuit are dismissed with prejudice and without costs and attorneys' fees to any party.

1730214

SO ORDERED this 13th day of December 2011.

_____
Hon. Charles R. B[reyer]

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

So Stipulated:

November 29, 2011     Law Offices of Claudia W. Brisson, Attorney for
                      Plaintiff Thomas Rack

                      _____
                      Claudia W. Brisson

November ___, 2011    Cooper, White & Cooper, Attorney for Defendant
                      And Jaffe, Raitt, Heuer & Weiss, P.C., for
                      Defendant, pro hac vice

                      _____
                      Chris Mead

1730214